

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ 2/8/08

# MEMO ENDORSED

86 Chambers Street
New York, New York 10007

February 7, 2008

By Hand

Honorable Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

    Re:   Luis M. Mendez v. Astrue
           07 Civ. 7211 (RJH) (FM)

Dear Judge Maas:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. By order dated January 11, 2008, the Court granted defendant's request for an extension of time until February 11, 2008, to answer the complaint and indicated that no further extensions would be granted.

    Unfortunately, the Agency has not been able to complete its review of the case that was undertaken in response to my request for additional information. I spoke with Agency counsel today who indicated that the Agency is expediting review of the case. However, in light of the foregoing, defendant may not be prepared to answer the complaint by February 11, 2008. Therefore, with the consent of opposing counsel, I respectfully request a one-week extension of time until February 19, 2008 (February 18, 2008, falls on a holiday), to answer the complaint.

    I apologize for requesting additional time in this matter, but the information from the Agency will affect the defendant's ability to respond to the complaint.

    Three prior extensions have been granted to the government, as the answer was originally due on October 12, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Richard Morris, Esq. (By Fax)

2