UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
LUIS MENDEZ,                                                :
                                                            :   **SCHEDULING ORDER**
                   Plaintiff,                               :   **IN SOCIAL SECURITY CASE**
                                                            :
          -against-                                         :   07 Civ. 7211 (RJH)(FM)
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                   Defendant.                               :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/15/08
```

**FRANK MAAS**, United States Magistrate Judge.

   A complaint having been filed on August 13, 2007, and an answer having been filed on February 13, 2008, it is hereby ORDERED that:

   1. On or before March 31, 2008, defendant shall serve and file a motion for judgment on the pleadings.

   2. On or before April 14, 2008, plaintiff shall serve and file papers in opposition.

   3. On or before April 28, 2008, defendant shall serve and file a reply, if any.

   4. Should plaintiff fail to oppose defendant's motion, this Court may recommend that motion be granted by default.

   SO ORDERED.

Dated:   New York, New York
         February 15, 2008

                                            /s/ Frank Maas
                                        _____
                                            FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Richard J. Holwell
United States District Judge

Richard P. Morris, Esq.
Klein, Wagner & Morris
277 Broadway, 9th Floor
New York, New York  10007
Via Facsimile @(212) 385-0792

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Via Facsimile @(212) 637-2750